IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Slep-Tone Entertainment Corporation,<br>　　　　Plaintiff,<br><br>v.<br><br>DLHM-GVS, LLC<br>　　　　Defendants. | Case No.: 13-cv-07345<br><br>Assigned Judge: Sharon Johnson Coleman<br><br>Magistrate Judge: Jeffrey Cole |

## JUDGMENT AND PERMANENT INJUNCTION

　　Accordingly, it is ORDERED, ADJUDGED, and DECREED as follows:

　1. Judgment by default is hereby entered in favor of the Plaintiff against Defendant DLHM-GVS, LLC ("DLHM").

　2. Pursuant to 15 U.S.C. § 1117, DLHM is hereby ordered to pay the sum of $50,000 to Plaintiff Slep-Tone Entertainment Corporation, with accrual of interest from the date of entry of this judgment until paid at the legal rate, pursuant to 28 U.S.C. § 1961.

　3. DLHM and its agents, employees, and all persons in active concert or participation with them and having knowledge of this Order are hereby permanently ENJOINED (a) from using (including making, copying, sharing, distributing, selling, or otherwise using, and particularly including use to provide karaoke services), commercially or otherwise, any karaoke accompaniment track that is marked with either the mark in U.S. Trademark Registration No. 1,923,448 and 4,099,045, both for SOUND CHOICE®, or the mark in U.S. Trademark Registration No. 2,000,725 and 4,099,052, both for a display trademark SOUND CHOICE & Design®, without the prior, express written permission of Slep-Tone or its successor-in-interest, if any, to the ownership of those marks, and (b) from making, copying, sharing, distributing, selling, or otherwise using digitized copies of karaoke accompaniment tracks, commercially or otherwise, which tracks are marked with any mark or other

designation belong to any person from whom the Defendant has not obtained written authorization from the owner thereof to make, copy, share, distribute, sell, or otherwise use the digitized copy.

    4. It is further ordered that DLHM shall, within fourteen (14) days of the entry of this Order, deliver to Slep-Tone at the office of its local attorney, each and every computer hard drive or other storage decide of whatever type or description, which drive or device contains any karaoke accompaniment tracks, the use of which is enjoined under paragraph 3 above. If Defendant shall fail to do this within the required time, upon the certification of Slep-Tone or its attorney, the United States Marshals Service is hereby authorized, directed, and ordered to effectuate a seizure of such drives and devices, wherever they may be found; to enter upon private property as necessary to accomplish said seizure; to arrest and to bring before the Court any person who interferes with said seizure, such interference being punishable as contempt; and to deliver the drives or devices to Slep-Tone's attorney, Jayaram Law Group LTD, located at 33 North LaSalle Street, Chicago, IL 60602. The expense of any seizure under this paragraph shall be taxable to the Defendants as costs.

    5. Within thirty (30) days of receipt of the drives or devices, Slep-Tone shall cause the drives or devices to be cleared of all data. Slep-Tone shall maintain an inventory of all such drives or devices and shall, upon completion of data-clearing under this paragraph, return all devices to the Defendant.

    6. This Court retains jurisdiction over this matter for purposes of enforcement of this Order.

Entered: _____
                         Honorable Sharon Johnson Coleman
                         United State District Court Judge

Dated: April 9, 2014